**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 391 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
TERRY JOHNSON, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 392 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
TERRY JOHNSON, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 393 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
TERRY JOHNSON, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 394 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 395 EAL 2020

        Respondent

                                  Petition for Allowance of Appeal
                                  from the Order of the Superior Court

        v.

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 396 EAL 2020

        Respondent

                                  Petition for Allowance of Appeal
                                  from the Order of the Superior Court

        v.

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 397 EAL 2020

        Respondent

                                  Petition for Allowance of Appeal
                                  from the Order of the Superior Court

        v.

TERRY JOHNSON,

        Petitioner

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.